PAUL BORITSOS, Respondent, *v.* BUSH TERMINAL RAIL-
ROAD COMPANY, Appellant.

(Argued January 11, 1934; decided February 27, 1934.)

*Chester Bordeau* and *John Von Sneidern* for appellant.
*Thomas A. Shaw* and *Kalman Ress* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, KELLOGG, O'BRIEN,
HUBBS and CROUCH, JJ. Dissenting: LEHMAN, J.